[No. 2383-2.    Division Two.    September 28, 1976.]

*In the Matter of the Welfare of* BYRON DALE QUESNOY, ET AL, *Petitioners,* v. CLARENCE E. PEACE, *Respondent.*

Certiorari to review a judgment of the Superior Court for Cowlitz County, No. 7642, Frank L. Price, J., entered April 22, 1976. *Reversed* by unpublished per curiam opinion.

[No. 3342-1.    Division One.    October 4, 1976.]

THE STATE OF WASHINGTON, *Respondent,* v. REX HENNINGS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 66607, Norman B. Ackley, J., entered September 18, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 3623-1.    Division One.    October 4, 1976.]

MARY LEE HANCOCK, *Appellant,* v. HENRY E. PERRY, JR., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 772067, Howard J. Thompson, J., entered February 3, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4145-1.    Division One.    October 4, 1976.]

THE STATE OF WASHINGTON, *Respondent,* v. ROY SILK DAVIS, *Defendant,* BOBBY JOE COOKS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 72740, Herbert M. Stephens, J., entered September 3, 1975. *Affirmed* by unpublished per curiam opinion.